**Alan S. KREISMAN, and Paulette A. Kreisman, Petitioners/Appellants,**

v.

**BAC HOME LOANS SERVICING, L.P., f/k/a Countrywide Home Loans Servicing, L.P., Millsap & Singer, P.C., and The Bank of New York Mellon f/k/a The Bank of New York, As Trustee for the Certificate–Holders of the CHL Mortgage Pass–Through Trust, 2006–HYB3 Mortgage Pass–Through Certificates, Series 2006–HYB3, Defendants/Respondents.**

**No. ED 99024.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 6, 2014.

Kevin James Kasper, St. Charles, MO, Kasper Law Firm; Benjamin Rans Wesselschmidt, Co–Counsel, St. Louis, MO, Attorney for Appellant(s) Alan Kreisman and Paulette A. Kreisman.

Charles Smathers Pullium III, Kenneth Lee Coyne and Anne Marie Zimmermann, Co–Counsel Millsap & Singer, St. Louis, MO, Attorney for Respondent(s) Milsap & Singer, P.C., and The Bank of New York Mellon, f/k/a The Bank of New York and BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans.

Before MARY K. HOFF, P. J, KURT S. ODENWALD, J, and ANGELA T. Quigless, J.

### ORDER

PER CURIAM.

Alan S. Kreisman and Paulette A. Kreisman appeal from the trial court's entry of summary judgment in favor of BAC Home Loans Servicing, L.P, formerly known as Countrywide Home Loans Servicing, L.P., Millsap & Singer, P.C., and The Bank of New York Mellon, formerly known as The Bank of New York, as Trustee for the Certificate–Holders of the CHL Mortgage Pass–Through Trust 2006–HYB3 Mortgage Pass–Through Certificates Series 2006–HYB3. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).